IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ARTHUR C. ALEXANDER, | ) | No. C 12-6500 RMW (PR) |
| | ) | |
| Plaintiff, | ) | ORDER OF DISMISSAL |
| | ) | |
| v. | ) | |
| | ) | |
| M.E. SPEARMAN, | ) | |
| | ) | |
| Defendant. | ) | |

On December 21, 2012, plaintiff, proceeding *pro se*, filed a letter which commenced this action. The same day, the clerk notified plaintiff that he had not paid the filing fee, nor had he filed an application to proceed in forma pauperis ("IFP"). The clerk also notified plaintiff that he failed to submit a complaint. Along with the deficiency notices, plaintiff was provided with a new IFP application and instructions for completing it. Plaintiff was further cautioned that his failure to either file a completed IFP application or pay the filing fee within thirty days would result in the dismissal of this action. In addition, plaintiff was advised that his failure to file a complaint within thirty days would result in the dismissal of this action. On January 30, 2013, plaintiff filed an application for leave to proceed in forma pauperis. However, to date, plaintiff has not filed a complaint. Thus, the instant action is DISMISSED without prejudice. The clerk shall enter judgment and close the file.

IT IS SO ORDERED.

DATED: _____

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

Order of Dismissal
G:\PRO-SE\SJ.Rmw\CR.12\Alexander500discomp.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR ALEXANDER,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>M.E. SPEARMAN,<br><br>　　　　　Defendant.<br>_____/ | Case Number: CV12-06500 RMW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 21, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Arthur C. Alexander E-31908
PO Box 689
BW-104 Low
Soledad, CA 93960-0689

Dated: February 21, 2013

　　　　　　　　　　　　　　　　　Richard W. Wieking, Clerk
　　　　　　　　　　　　　　　　　By: Jackie Lynn Garcia, Deputy Clerk