**E-FILED on 2/21/13**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ARTHUR C. ALEXANDER, | ) | No. C 12-6500 RMW (PR) |
| Plaintiff, | ) | JUDGMENT |
| v. | ) | |
| M.E. SPEARMAN, | ) | |
| Defendant. | ) | |

The court has dismissed the instant action. A judgment of dismissal without prejudice is entered. The clerk shall close the file.

IT IS SO ORDERED.

DATED: 2/21/13

*Ronald M. Whyte*

RONALD M. WHYTE
United States District Judge

G:\PRO-SE\SJ.Rmw\CR.12\Alexander500jud.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

ARTHUR ALEXANDER,

        Plaintiff,

  v.

M.E. SPEARMAN,

        Defendant.

Case Number: CV12-06500 RMW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 21, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Arthur C. Alexander E-31908
PO Box 689
BW-104 Low
Soledad, CA 93960-0689

Dated: February 21, 2013

        Richard W. Wieking, Clerk
        By: Jackie Lynn Garcia, Deputy Clerk